# DECLARATION OF SERVICE

Case Number: **2:26-CV-00319**
Account #: 2026-167

Documents:
**Summons in a Civil Action;**
**Complaint; and**
**Civil Coversheet**

To Be Delivered To:
**Cyrus C. Bowthorpe**

Received from **Law Office of Elena Garella,** to be served on **Cyrus C. Bowthorpe at 182 Shadow Hill Lane, Chelan, WA 98816**

I, E. C. Rodriguez, do hereby affirm that on the **8th day of September, 2026 at 12:45pm** I:

Served the above listed documents upon **Cyrus C. Bowthorpe** by then and there personally delivering **(1)** true and correct copy(s) to **Cyrus C. Bowthorpe.**

Affiant further states that he/she is informed and believes, and therefore alleges, neither of said defendants are in the military service of the United States. I declare that I am over the age of 18, have no interest in the above action, and am a registered process server, in good standing, in the judicial circuit in which the process was served.

**E. C. Rodriguez**
Chelan Co P.S.R. # 54

**Pacific Process, LLC**
**93 Eastmont Ave., Suite 120**
**East Wenatchee, WA 98802**
**(509)-699-0414**